UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS SEARCH PARTNERS, LLC<br><br>Plaintiff,<br><br>v.<br><br>SUNNIVA, INC., et al.<br><br>Defendants. | Case No.: 20cv462-LAB (MSB)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of voluntary dismissal without prejudice. (Docket no. 6.) Defendants have not answered or appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**. The order to show cause (Docket no. 5) is **DISCHARGED**.

**IT IS SO ORDERED**.

Dated: March 30, 2020

Honorable Larry Alan Burns
Chief United States District Judge